UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:08-CV-566-F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| $118,000.00 in UNITED STATES | ) | |
| CURRENCY, | ) | |
| Defendant. | ) | |

Upon motion of the United States and for good cause shown, the Government's motion

to unseal document [DE-25] is ALLOWED. The stay [DE-16] imposed herein expired by its own

terms on August 18, 2010, *see* [DE-22].

SO ORDERED.

This, the 23rd day of August, 2010.

_James C Fox_
JAMES C. FOX
Senior United States District Judge