IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:08-CV-566-F

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| $118,000.00 in U.S. CURRENCY, ) | |
| ) | |
| Defendant. ) | |

This case comes before the court on the parties' joint motion (D.E. 46) to amend the Scheduling Order in accordance with the court's 3 May 2011 Order (D.E.45) directing them to submit a revised discovery plan. For good cause shown, the motion is ALLOWED and the Scheduling Order (D.E. 29, amended at D.E. 32) is modified as follows:

1. All discovery shall be commenced in time to be concluded by 31 August 2011.

2. All potentially dispositive motions shall be filed by 30 September 2011.

3. This action will be calendared for trial before Senior U.S. District Judge James C. Fox at his 3 January 2012 civil term in Wilmington, North Carolina. A trial calendar indicating the order in which cases will be called for trial at that term will be distributed two months beforehand. At the same time, a final pre-trial conference will be scheduled approximately two weeks before the trial

4. All other provisions in the Scheduling Order remain in effect.

SO ORDERED, this 11 day of May 2011.

James E. Gates
United States Magistrate Judge