IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:08-CV-566-F

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| $118,000.00 IN U. S. CURRENCY, ) | |
| ) | |
| Defendant. ) | |

It appearing to the Court that the parties to this action, the United States and Claimant Hameed Mozeb, by and through his counsel of record, R. Daniel Boyce, have agreed to a settlement of this matter as evidenced by a Settlement Agreement filed herein; and

ORDERED that the Settlement Agreement is APPROVED, each party to bear its own attorneys' fees, costs, and expenses. It is further

ORDERED that $47,200 of the defendant currency be forfeited to the United States and disposed of by the United States Department of Justice according to law. It is further

ORDERED that the remaining $70,800 of the defendant currency be returned to the claimant, Hameed Mozeb. Payment to be made payable to Nexsen Pruet, PLLC Trust Account via electronic funds

transfer by the U. S. Marshal's Service as to the information provided by Claimant's counsel of record on the executed ACH Payment Form SF3881.

SO ORDERED this ___10___ day of __November__, 2011.

  _/s/ James C. Fox_____
  JAMES C. FOX
  Senior United States District Judge

2